UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYTEK BIOSCIENCES, INC., <br><br> Defendant. | Case No. 25-mc-80337-JSC <br><br> **ORDER TRANSFERING MOTION TO QUASH RULE 45 SUBPOENA** |

Greg Milosevich filed this miscellaneous action on October 27, 2025 to quash or limit two Rule 45 subpoenas served on him by Cytek Biosciences, Inc. ("Cytek") in patent litigation pending in the District of Delaware, *Beckman Coulter, Inc. v. Cytek Biosciences, Inc.*, 24-cv-00945-CFC-EGT.

Federal Rule of Civil Procedure 45(f) provides "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a [motion to quash the subpoena] to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances." Fed. R. Civ. P. 45(f). Mr. Milosevich, the person subject to the subpoena, consents to transfer to the District of Delaware. (Dkt. No. 23.) Further, for the reasons stated in the Court's November 10, 2025 order, exceptional circumstances warranting transfer are present.

So, this action is TRANSFERRED pursuant to Rule 45(f) to the District of Delaware.

**IT IS SO ORDERED.**

Dated: November 24, 2025

JACQUELINE SCOTT CORLEY
United States District Judge